**Harry M. TYLER, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 04–7120.

United States Court of Appeals, Federal Circuit.

DECIDED: Sept. 2, 2004.

David B. Stinson, Principal Attorney, Department of Justice, Washington, DC,

David M. Cohen, Bryant G. Snee, Department of Justice, of Counsel, Washington, DC, for Respondent–Appellee.

Michael J. Mooney, Mooney & Park, Cincinnati, OH, for Claimant–Appellant.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).